UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL GARCIA,

    Plaintiff,

v.    Case No.: 5:17-CV-111-Oc-40PRL

B & B TRUCKING SERVICES, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant B & B Trucking Services, Inc. (hereinafter "Defendant"), by and through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court of the Fifth Judicial Circuit, Marion County, Florida, identified as *Daniel Garcia v. B & B Trucking Services, Inc.*, Case No. 17-215-CAG, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

    1.    Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

    2.    The Complaint in the above action was filed on January 31, 2017. Defendant received service of the Summons and Complaint on February 15, 2017. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

    3.    Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged a violation of federal law in his

Complaint. Plaintiff has pled that at times during his employment, Defendant did not pay him the federal minimum wage, or an overtime premium when he worked more than 40 hours during a work week, and retaliated against him when he complained of the same, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

4. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorney for Plaintiff Christopher J. Saba, Wenzel Fenton Cabassa, P.A., 1110 N. Florida Ave., Ste. 300, Tampa, FL 33602.

5. Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit, Marion County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Marion County, Florida be removed to the United States District Court for the Middle District of Florida.

/s/Cherie L. Silberman
Cherie L. Silberman, Esq., Fla. Bar No. 0015724
Email: csilberman@constangy.com
Email: tampa@constangy.com
CONSTANGY, BROOKS, SMITH, & PROPHETE LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
(813) 223-7166 / Fax: (813) 223-2515
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2017, a true and correct copy of the foregoing document has been furnished by E-mail to:

Christopher J. Saba
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Ste. 300
Tampa, FL 33602
csaba@wfclaw.com
tsoriano@wfclaw.com
Attorney for Plaintiff

/s/Cherie L. Silberman
Attorney

4449065v.1