UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL GARCIA,

        Plaintiff,

v.                                            Case No: 5:17-cv-111-Oc-40PRL

B&B TRUCKING SERVICES, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 16) filed on June 27, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 12, 2017 (Doc. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The no reemployment provision in Paragraph 2 and the confidentiality provision in Paragraph 6 are **STRICKEN**.

3. The Joint Motion for Approval of Settlement Agreement (Doc. 16) is **GRANTED** as modified above, as it is a fair and reasonable compromise of Plaintiff's FLSA claim.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 27, 2017.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2